# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD G. FRANK, M.D., P.C., Individually and on behalf of a similarly situated class,<br><br>*Plaintiff,*<br><br>vs.<br><br>HORIZON HEALTHCARE SERVICES, INC. d/b/a HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY,<br><br>*Defendant.* | Civil Action No.: 2:24-cv- 7710-MCA-JSA<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

It is hereby **STIPULATED** and **AGREED** by and between Plaintiff and Defendant, as evidenced by the undersigned counsel below, that Plaintiff's Complaint against Defendant, is hereby **DISMISSED** with prejudice and without costs pursuant to Federal Rules of the Civil Procedure 41(a)(1)(A)(ii).

*/s/Bruce H. Nagel*
**NAGEL RICE, LLP**
Brice H. Nagel, Esq.
103 Eisenhower Parkway
Roseland, NJ 07068
P: 973.618.0400
bnagel@nagelrice.com

*Attorneys for Plaintiff*
*Ronald G. Frank, M.D., P.C*

*/s/David Jay*
**GREENBERG TRAURIG, LLP**
David Jay, Esq.
Jaclyn DeMais, Esq.
500 Campus Drive, Suite 400
Florham Park, NJ 09732
P: 973.360.7900
Jayd@gtlaw.com
Demaisj@gtlaw.com

*Attorneys for Defendant*
*Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross Blue Shield Of New Jersey*

**SO ORDERED on this** 17th **day of** September **, 2025**

_____
Hon. Madeline Cox Arleo, U.S.D.J.